IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JOHNNY R. SUCHY                          *
                                         *
            PLAINTIFF                    *    CIVIL ACTION NO.
VS.                                      *
                                         *
CHASE BANK USA, N.A.                     *    COMPLAINT AND DEMAND
                                         *    FOR A JURY TRIAL
            DEFENDANT                    *

## COMPLAINT

### I. INTRODUCTION

1.   This is an action for damages brought by an individual consumer for defendant Chase Bank USA, N.A.'s violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681.

### II. JURISDICTION

2.   Jurisdiction of this court arises under 15 U.S.C. §1681p, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3.   Plaintiff, Johnny R. Suchy (hereinafter referred to as "plaintiff" or "Mr. Suchy") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3) and is a consumer as defined by the FCRA, 15 U.S.C. § 1681a(c).

4.   Defendant, Chase Bank USA, N.A. (hereinafter referred to as "defendant" or "Chase") is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2.  Chase is a national bank doing business in the state of Louisiana, who can be served through its president, Keith W. Schuck, 802 Delaware Avenue, 13th Floor, Wilmington, DE

19801.

## IV. FACTUAL ALLEGATIONS

5.     Early in 2009, Mr. Suchy discovered an account on his consumer report for defendant Chase, which was opened in October 2008, and which had an unpaid balance past due.

6.     This account was opened without Mr. Suchy's knowledge, permission or authorization and he is a victim of identity theft.

7.     Mr. Suchy spoke to defendant at length to find out where this account was opened and learned it was opened using his correct street address but using a different city in Louisiana other than where Mr. Suchy actually resided.

8.     Mr. Suchy explained to Chase that he did not reside at that address in that city and someone opened this account in his name without his knowledge, permission or authorization.

9.     Plaintiff has notified Experian Information Solutions, Inc. ("Experian"), a consumer reporting agency, on at least two occasions that he disputes the accuracy or completeness of the information contained in the report on plaintiff, specifically this Chase account.

10.    Plaintiff is a theft of identity victim whose identity was used without his authorization, permission or consent to open accounts with various financial institutions, including this account with defendant Chase, which is unpaid and has now been charged off.

11.    For each of plaintiff's disputes, Experian notified Chase of plaintiff's disputes pursuant to section 1681i(a) of the FCRA.

12.    In response to plaintiff's disputes received from Experian, Chase verified the reporting of these accounts wrongfully to Experian.

13.    Despite plaintiff's disputes, Experian maintained the fraudulent Chase

accounts on plaintiff's consumer reports and has published it thereafter with this same fraudulent information.

## DEFENDANT'S PRACTICES

14. Defendant Chase negligently and willfully failed to comply with the requirements of the FCRA in 15 U.S.C. § 1681s-2(b).

15. As a result of defendant Chase's failure to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including damage to his reputation and emotional distress for which he seeks damages in amounts to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against defendant for:

    a.    Actual damages;

    b.    Punitive damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com