UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHNNY R. SUCHY | : | CIVIL ACTION NO. 09-CV-01033 |
| Plaintiff, | : | JUDGE:          BRADY |
| CHASE BANK USA, N.A. | : | MAGISTRATE:     NOLAND |
| Defendant. | : | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the Joint Motion to Dismiss of both Johnny R. Suchy and JPMorgan Chase Bank, N.A. is GRANTED. All of the claims, demands and causes of action asserted herein are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Baton Rouge, Louisiana, this _17th_ day of June, 2010.

HONORABLE JAMES J. BRADY
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA